Chapter 7
Adversary Proceeding: 16–01114
Judge Joan N. Feeney

## CERTIFICATE OF SERVICE

I, ___David G. Baker_____ (name), certify that service of this summons and a copy of the complaint was made :___on 7/5/16_____(date) by:

[X] Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

    Dmitry Lev, Esq.; The Lev Law Firm; 134 Main Street; Watertown, MA  02472
    Andre Bisasor; 119 Drum Hill Road #233; Chelmsford MA 01824

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

July 5, 2016                                         /s/ *David G. Baker*
Date                                                                    Signature

David G. Baker
Print Name
236 Huntington Avenue
Business Address
Boston, MA  02115
City            State        Zip