# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Baker v. Bisasor        Case Number: 16-01114        Ch:

**MOVANT/APPLICANT/PARTIES:**

#6 Joint Motion filed by Defendant Andre Bisasor to Refer to ADR for Pro Bono Mediation and Extend Answer Deadline with certificate of service. (Lev, Dmitry)

**OUTCOME:**

\#6\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
x\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties are ordered to file with the Court, within 14 days of the date of this order, the terms and conditions, including the power and authority of the mediator, the deadline for the mediator's report to the Court on whether the matter has been resolved, and the procedures for protecting the confidentiality of the information disclosed at mediation, including the preservation of privileges.

IT IS SO NOTED:                                    IT IS SO ORDERED:

_____                         *Joan N. Feeney*        Dated: 08/15/2016
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge