United States Bankruptcy Court
District of Massachusetts

Baker,
    Plaintiff                                                       Adv. Proc. No. 16-01114-jnf

Bisasor,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1         User: lkaine            Page 1 of 1           Date Rcvd: Aug 15, 2016
                        Form ID: pdf012         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2016.
dft             +Andre Bisasor,    119 Drum Hill Road #233,    Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Aug 16 2016 02:22:09      John Fitzgerald,
                 Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                          TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2016 at the address(es) listed below:
          David G. Baker     on behalf of Plaintiff David G. Baker
           bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
            Dmitry    Lev     on behalf of Defendant Andre   Bisasor dlev@levlaw.net,   ecf-notices@levlaw.net
                                                                                                                                                                    TOTAL: 2

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: Baker v. Bisasor  Case Number: 16-01114  Ch:

**MOVANT/APPLICANT/PARTIES:**
#6 Joint Motion filed by Defendant Andre Bisasor to Refer to ADR for Pro Bono Mediation and Extend Answer Deadline with certificate of service. (Lev, Dmitry)

**OUTCOME:**
#6 _____Granted _____Denied _____Approved _____Sustained
_____Denied _____Denied without prejudice _____Withdrawn in open court _____Overruled
_____OSC enforced/released
_____Continued to:_____ For:_____
_____Formal order/stipulation to be submitted by:_____ Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____ From_____
                               Response(s) due_____ From_____
_____Fees allowed in the amount of: $_____ Expenses of: $_____
_____No appearance/response by:_____
x _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties are ordered to file with the Court, within 14 days of the date of this order, the terms and conditions, including the power and authority of the mediator, the deadline for the mediator's report to the Court on whether the matter has been resolved, and the procedures for protecting the confidentiality of the information disclosed at mediation, including the preservation of privileges.

IT IS SO NOTED:                           IT IS SO ORDERED:

                                          /s/ Joan N. Feeney
_____                    _____   Dated: 08/15/2016
Courtroom Deputy                          Joan N. Feeney, U.S. Bankruptcy Judge