# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Baker v. Bisasor                **Case Number:** 16-01114          **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#10 Order dated 9/7/16 Re: [6] Joint Motion filed by Defendant Andre Bisasor to Refer to ADR for Pro Bono Mediation. See Order for Full Text. (lkaine, Usbc)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  x  _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties are hereby ordered to file a status report within 14 days of the date of this order, failing which the Court shall issue an order to show cause why this adversary proceeding should not be dismissed for lack of activity.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                                                                          Dated: 09/06/2017
_____              _____
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge