United States Bankruptcy Court
District of Massachusetts

Baker,
    Plaintiff

Adv. Proc. No. 16-01114-jnf

Bisasor,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: lkaine     Page 1 of 1     Date Rcvd: Sep 06, 2017
                      Form ID: pdf012     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.
dft         +Andre Bisasor,    119 Drum Hill Road #233,    Chelmsford, MA 01824-1505
pla         +David G. Baker,    236 Huntington Ave.,    Suite 306,    Boston, MA 02115-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 07 2017 02:44:33    John Fitzgerald,
           Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
           5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
         David G. Baker    on behalf of Plaintiff David G. Baker
          bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
         Dmitry   Lev   on behalf of Defendant Andre  Bisasor dlev@levlaw.net,   ecf-notices@levlaw.net
                                                                                                                                                   TOTAL: 2

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Baker v. Bisasor     **Case Number:** 16-01114     **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#10 Order dated 9/7/16 Re: [6] Joint Motion filed by Defendant Andre Bisasor to Refer to ADR for Pro Bono Mediation. See Order for Full Text. (lkaine, Usbc)

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
                 Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
**x** _____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties are hereby ordered to file a status report within 14 days of the date of this order, failing which the Court shall issue an order to show cause why this adversary proceeding should not be dismissed for lack of activity.

IT IS SO NOTED:                        IT IS SO ORDERED:

_____      _____ Dated: 09/06/2017
Courtroom Deputy                     Joan N. Feeney, U.S. Bankruptcy Judge