United States Bankruptcy Court
Eastern Division, District Of Massachusetts

| In re | Docket No.: 15-13369 |
| Andre Bisasor, | Chapter 13 |
| Debtor | |
| David G. Baker, | |
| Plaintiff, | ADVERSARY PROCEEDING |
| v. | |
| Andre Bisasor, | No.    16-01114 |
| Defendant | |

STATUS REPORT

NOW COMES David G. Baker, plaintiff in the above captioned matter, and for a status report as ordered by the court (document #12), states that the parties are preparing for mediation, which is presently tentatively scheduled for September 27. The delay in proceeding is due in part to the extended hospitalization of the undersigned at the end of 2016, and more recently due to difficulties in finding a mutually agreeable date.

September 15, 2017

Respectfully submitted,

/s/        *David G. Baker*
David G. Baker, Esq. (BBO # 634889)
236 Huntington Avenue, Ste. 306
Boston, MA  02115
617-340-3680

Certificate of Service

The undersigned states upon information and belief that the within Status Report will be served on the persons named below by the Court's CM/ECF system on the date set forth above.

/s/ *David G. Baker*
David G. Baker, Esq.

Dmitry Lev on behalf of Debtor Andre Bisasor  -  dlev@levlaw.net, ecf-notices@levlaw.net