# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> ANDRE BISASOR, <br>                    Debtor | Chapter 13 <br> Case No. 15-13369-JNF |
| DAVID G. BAKER, <br>                    Plaintiff <br><br> v. <br><br> ANDRE BISASOR <br>                    Defendant | Adversary Proceeding <br> No. 16-01114 |

## REPORT OF MEDIATION

The undersigned Mediator hereby reports to the Court that the parties in the above-referenced matter have reached a settlement which will shortly be filed with the Court by one or more of the parties within a reasonable time. .

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 27, 2017 | /s/ Michael B. Feinman <br> Michael B. Feinman <br> BBO#545935 <br> Feinman Law Offices <br> 69 Park Street <br> Andover, MA  01810 <br> Tel: 978-475-0080 <br> Fax: 978-475-0852 <br> Email:mbf@feinmanlaw.com |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ANDRE BISASOR,<br><br>　　　　　Debtor<br><br>DAVID G. BAKER,<br>　　　　　Plaintiff<br><br>v.<br><br>ANDRE BISASOR<br>　　　　　Defendant | Chapter 13<br>Case No. 15-13369-JNF<br><br><br>Adversary Proceeding<br>No. 16-01114 |

## **CERTIFICATE OF SERVICE**

　　　I, Michael B. Feinman, hereby certify that I have this day served the foregoing pleading by mailing a true and accurate copy of each, if not shown as being served electronically, via first class mail and postage prepaid, to the following parties in interest:

David Baker, Esq.
Email: david@bostonbankruptcy.org


Dmitry Lev
Email: dlev@levlaw.net


United States Trustee



Dated:  September 27, 2017            /s/ Michael B. Feinman
　　　　　　　　　　　　　　　　　　　Michael B. Feinman