# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Baker v. Bisasor      **Case Number:** 16-01114      **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#1 Adversary case 16-01114.  Complaint by David G. Baker against Andre Bisasor. Fee Amount $350. (Attachments: # [1] Cover Sheet) Nature of Suit(68 (Dischargeability - 523(a)(6), willful and malicious injury))(Baker, David)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained

\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled

\_\_\_\_\_OSC enforced/released

\_\_\_\_\_Continued to:_____For:_____

\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____

\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference

\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____

                      Response(s) due_____From_____

\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____

\_\_\_\_\_No appearance/response by:_____

  x\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties are hereby ordered to file a status report as to the settlement reported by the Mediator on or around September 27, 2017.

IT IS SO NOTED:                         IT IS SO ORDERED:

                                                             *[signature: Joan N. Feeney]*    Dated: 11/30/2017

_____            _____

Courtroom Deputy                      Joan N. Feeney, U.S. Bankruptcy Judge