United States Bankruptcy Court
District of Massachusetts

Baker,
     Plaintiff

Bisasor,
     Defendant

Adv. Proc. No. 16-01114-jnf

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: lkaine              Page 1 of 1           Date Rcvd: Nov 30, 2017
                              Form ID: pdf012           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
dft           +Andre Bisasor,    119 Drum Hill Road #233,    Chelmsford, MA 01824-1505
pla           +David G. Baker,   236 Huntington Ave.,    Suite 306,   Boston, MA 02115-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Dec 01 2017 00:18:46      John Fitzgerald,
                 Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              David G. Baker    on behalf of Plaintiff David G. Baker
               bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
              Dmitry  Lev    on behalf of Defendant Andre  Bisasor dlev@levlaw.net,   ecf-notices@levlaw.net
              Michael B. Feinman    on behalf of Mediator Michael B. Feinman mbf@feinmanlaw.com,
               kmk@feinmanlaw.com
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Baker v. Bisasor                **Case Number:** 16-01114                **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#1 Adversary case 16-01114.  Complaint by David G. Baker against Andre Bisasor. Fee Amount $350. (Attachments: # [1] Cover Sheet) Nature of Suit(68 (Dischargeability - 523(a)(6), willful and malicious injury))(Baker, David)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x    _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties are hereby ordered to file a status report as to the settlement reported by the Mediator on or around September 27, 2017.

IT IS SO NOTED:                                       IT IS SO ORDERED:

                                                                                                    Dated: 11/30/2017
_____                                _____
Courtroom Deputy                                      Joan N. Feeney, U.S. Bankruptcy Judge