United States Bankruptcy Court
Eastern Division, District Of Massachusetts

| In re | Docket No.: 15-13369 |
|---|---|
| Andre Bisasor, | Chapter 13 |
| Debtor | |
| David G. Baker, | |
| Plaintiff, | ADVERSARY PROCEEDING |
| v. | |
| Andre Bisasor, | No.   16-01114 |
| Defendant | |

STATUS REPORT

NOW COMES David G. Baker, plaintiff in the above captioned matter, and for a status report as ordered by the court (document #12), states that after a period of time without progress, the parties are once again negotiating as to the terms of a settlement agreement, and request an additional thirty days to either file an agreement for the court's approval or a request for a Scheduling Order.

July 6, 2018

Respectfully submitted,

/s/        *David G. Baker*
David G. Baker, Esq. (BBO # 634889)
236 Huntington Avenue, Ste. 317
Boston, MA  02115
617-340-3680

Certificate of Service

The undersigned states upon information and belief that the within Status Report will be served on the persons named below by the Court's CM/ECF system on the date set forth above.

/s/  *David G. Baker*
David G. Baker, Esq.

Dmitry Lev on behalf of Debtor Andre Bisasor  -  dlev@levlaw.net, ecf-notices@levlaw.net