United States Bankruptcy Court
Eastern Division, District Of Massachusetts

| | |
|---|---|
| In re<br><br>Andre Bisasor,<br><br>Debtor | Docket No.: 15-13369<br><br>Chapter 13 |
| David G. Baker,<br>Plaintiff,<br>v.<br>Andre Bisasor,<br>Defendant | ADVERSARY PROCEEDING<br><br>No.   16-01114 |

## FURTHER STATUS REPORT

NOW COMES David G. Baker, plaintiff in the above captioned matter, and for a further status report, states that it appears that the parties have reach agreement on the language of a Settlement Agreement. At present I am awaiting a copy of the Agreement with the debtor's original signature (or an electronic copy of the same), which I believe is imminent.

August 6, 2018

Respectfully submitted,

/s/        *David G. Baker*
David G. Baker, Esq. (BBO # 634889)
236 Huntington Avenue, Ste. 317
Boston, MA  02115
617-340-3680

### Certificate of Service

The undersigned states upon information and belief that the within Status Report will be served on the persons named below by the Court's CM/ECF system on the date set forth above.

/s/  *David G. Baker*
David G. Baker, Esq.

Dmitry Lev on behalf of Debtor Andre Bisasor  -  dlev@levlaw.net, ecf-notices@levlaw.net