# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** Baker v. Bisasor  **Case Number:** 16-01114  **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#19 Status Report (Re: [16] Order) filed by Plaintiff David G. Baker (Baker, David)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

THE PARTIES ARE HEREBY ORDERED TO FILE A JOINT STATUS REPORT AS TO THE SETTLEMENT REPORTED BY THE MEDIATOR ON OR BEFORE NOVEMBER 2, 2018.

IT IS SO NOTED:                                IT IS SO ORDERED:

_____                          _____ Dated: 09/04/2018
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge