United States Bankruptcy Court
District of Massachusetts

Baker,
       Plaintiff                                                   Adv. Proc. No. 16-01114-jnf

Bisasor,
       Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: meh                Page 1 of 1                Date Rcvd: Sep 04, 2018
                               Form ID: pdf012       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
dft           +Andre Bisasor,    119 Drum Hill Road #233,    Chelmsford, MA 01824-1505
pla           +David G. Baker,    236 Huntington Ave.,    Suite 306,    Boston, MA 02115-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 05 2018 00:14:03       John Fitzgerald,
              Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
              David G. Baker    on behalf of Plaintiff David G. Baker
              bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
              Dmitry    Lev    on behalf of Defendant Andre   Bisasor dlev@levlaw.net,    ecf-notices@levlaw.net
              Michael B. Feinman    on behalf of Mediator Michael B. Feinman mbf@feinmanlaw.com,
               kmk@feinmanlaw.com
                                                                                                                                                                  TOTAL: 3

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** Baker v. Bisasor  **Case Number:** 16-01114  **Ch:**

**MOVANT/APPLICANT/PARTIES:**
#19 Status Report  (Re: [16] Order) filed by Plaintiff David G. Baker (Baker, David)

**OUTCOME:**
\_\_\_\_\_ Granted \_\_\_\_\_ Denied \_\_\_\_\_ Approved \_\_\_\_\_ Sustained
\_\_\_\_\_ Denied \_\_\_\_\_ Denied without prejudice \_\_\_\_\_ Withdrawn in open court \_\_\_\_\_ Overruled
\_\_\_\_\_ OSC enforced/released
\_\_\_\_\_ Continued to:_____ For:_____
\_\_\_\_\_ Formal order/stipulation to be submitted by:_____ Date due:_____
\_\_\_\_\_ Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_ Taken under advisement: Brief(s) due_____ From_____
                             Response(s) due_____ From_____
\_\_\_\_\_ Fees allowed in the amount of: $_____ Expenses of: $_____
\_\_\_\_\_ No appearance/response by:_____
**x** \_\_\_\_\_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

THE PARTIES ARE HEREBY ORDERED TO FILE A JOINT STATUS REPORT AS TO THE SETTLEMENT REPORTED BY THE MEDIATOR ON OR BEFORE NOVEMBER 2, 2018.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               *Joan N. Feeney*  Dated: 09/04/2018
_____
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge