*David G. Baker, Esq.*
Attorney at Law
236 Huntington Avenue, Room 306
Boston, MA  02115
617-340-3680

## Client Info:

Andre Bisasor
3000 Presidents Way #3413
Dedham, MA  02026

Date: 1/4/16

---

## Project Info:

Project #: 101
Project Name: Andre Bisasor
Project Date: 8/1/15
Project Notes: Chapter 13 case.

| **Work Performed** | Date | Rate | Time | Fee |
|---|---|---|---|---|
| Office meeting | 9/11/15 | 350.00 | 2 | 700.00 |
| Initial office meeting to discuss case with client, who had filed pro se.  Issues relate to dispute with landlord, who has started eviction proceedings.  Review prior filings, esp. landlord's motions and objections. | | | | |
| Office meeting | 9/16/15 | 350.00 | 5 | 1,750.00 |
| Office meeting to review issues and prepare for hearing on landlord's motions and objection to certification.  Prepare Notice of Appearance and objection/response to landlord's motions and objections. | | | | |
| Hearing | 9/17/15 | 350.00 | 3 | 1,050.00 |
| Hearing on landlord's motions and objections.  Parties to file supplemental brief. | | | | |
| Review document | 9/18/15 | 350.00 | 2.4 | 840.00 |
| Review supplemental filing by landlord re motions and objections. | | | | |
| Cost | 9/18/15 | 38.00 | NA | 38.00 |
| Parking for hearing. | | | | |
| Office meeting | 9/21/15 | 350.00 | 1 | 350.00 |
| Office meeting to review landlord's supplement and draft ours. | | | | |
| Prepare document | 9/23/15 | 350.00 | 2.8 | 980.00 |
| Review order requiring corrective action; withdraw our supplement and prepare corrected supplement, and motion to extend time to file documents. | | | | |
| Review document | 9/29/15 | 350.00 | 0.3 | 105.00 |
| Review pro se motion to extend time and order thereon. | | | | |

| Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|
| Review document | 10/1/15 | 350.00 | 0.3 | 105.00 |
| Review appearance by Foley Hoag atty, court's order continuing automatic stay pending decision. | | | | |
| Office meeting | 10/4/15 | 350.00 | 1.9 | 665.00 |
| Meeting at hospital to prepare schedules, statements and plan. | | | | |
| Prepare document | 10/6/15 | 350.00 | 0.3 | 105.00 |
| Prepare motion to set hearing (re order requiring corrective action). | | | | |
| Cost | 10/13/15 | 72.47 | NA | 72.47 |
| Postage and copying to serve chapter 13 plan. | | | | |
| Review document | 10/19/15 | 350.00 | 1.8 | 630.00 |
| Review decision and order on landlord's motions and objection; discuss with client. | | | | |
| Prepare document | 10/21/15 | 350.00 | 4.2 | 1,470.00 |
| Discuss landlord's notices from constable re eviction; research issues and prepare emergency motion for contempt re co-debtor stay; review court's orders; prepare response to landlord's objection; discuss result with client.  Review trustee's motion to dismiss. | | | | |
| Prepare document | 10/28/15 | 350.00 | 0.2 | 70.00 |
| Prepare and file notice of change of address, obj. to trustee's motion to dismiss. | | | | |
| Prepare document | 10/29/15 | 350.00 | 0.3 | 105.00 |
| Prepare motion to continue hearing on trustee's motion. | | | | |
| Prepare document | 11/3/15 | 350.00 | 0.8 | 280.00 |
| Prepare and file motion to extend time to appeal. | | | | |
| Review document | 11/5/15 | 350.00 | 0.2 | 70.00 |
| Review pro se motion to waive appeal fee; pro se notice of appeal. | | | | |
| Prepare document | 11/7/15 | 350.00 | 1.2 | 420.00 |
| Prepare statement of issues and related documents re appeal. | | | | |
| Review document | 11/17/15 | 350.00 | 0.3 | 105.00 |
| Review second pro se notice of appeal and motion to waive fee. | | | | |
| Review document | 11/20/15 | 350.00 | 0.3 | 105.00 |
| Review court's order on motions to waive appeal fee; contact client for info to prepare schedules. | | | | |
| Review document | 11/27/15 | 350.00 | 0.2 | 70.00 |
| Review pro se motion for extension of time re appeal documents. | | | | |
| Prepare document | 12/4/15 | 350.00 | 0.4 | 140.00 |
| Prepare designation of record, statement of issues, re second appeal. | | | | |
| Office meeting | 12/9/15 | 350.00 | 1.3 | 455.00 |
| Telephonic attendance at §341 meeting (includes pre-meeting telephone conversations and emails with client and attorney Kitaeff, who was present).  Client did not appear. | | | | |
| Review document | 12/18/15 | 350.00 | 0.4 | 140.00 |
| Review pro se Notice of Settlement with landlord (no details). | | | | |

| | | | | |
|---|---|---|---|---|
| Telephone calls | 12/30/15 | 350.00 | 4.4 | 1,540.00 |

Various telephone calls (see list for dates and length).

| | | | | |
|---|---|---|---|---|
| Cost | 12/31/15 | 14.10 | NA | 14.10 |

PACER Charges

| | |
|---|---|
| Total Time: | 35 |
| Subtotal Amount | 12,374.57 |
| **Project Total** | **12,374.57** |

---

| | |
|---|---|
| Total Time (All Projects) | 35 |
| Total (All Projects) | 12,374.57 |
| Previous Invoice Amount | 0.00 |
| Outstanding Balance | 0.00 |
| **Amount Due** | **12,374.57** |